# EXHIBIT 1

August 26, 2025
The Honorable William M. Conley
United States District Court
120 N Henry Street
Madison, WI 53703
Re: Andrew Pogosyan
Dear Judge Conley,

My name is Allan David Arfa, and I have lived in Madison, Wisconsin for many years. I am writing on behalf of my close friend Andrew Pogosyan, whom I have known for over 35 years.

I first met Andrew when he came to the United States from the former Soviet Union as an exchange scientist. He had just earned his doctorate in microbiology from Moscow University and was sent to work at the University of Wisconsin–Madison. He became a valuable contributor in the university's laboratories, specializing in health-related research.

Andrew quickly came to deeply appreciate the values of freedom and opportunity in the United States and was granted permission to remain here. Not long after, his wife and two young daughters joined him in Madison—a city he grew to love and call home. One of his daughters was born with a significant facial deformity, and through the expert care of plastic surgeons at the UW Hospital, she underwent a transformative operation. Andrew and his family were incredibly grateful to the people and institutions of Madison for the care and support they received.

After some years at the university, Andrew was hired by Covance, a leading American company specializing in laboratory testing and research. He was highly successful in that role as well. My wife—who was a senior faculty member at the University of Wisconsin—and I came to know Andrew and his wife Valentina, along with their daughters Helen and Paulina, very well. They were frequent guests in our home and part of many family celebrations.

Over the decades, Andrew has been nothing short of a model citizen—law-abiding, kind, generous, and engaged in the Madison community. He has always shown a strong philanthropic spirit, particularly within the greater Russian-speaking community.

Following the COVID-19 pandemic, Andrew chose to pursue an entrepreneurial path, offering American-made laboratory equipment to medical institutions in Russia—equipment that was in short supply and essential for healthcare and scientific research. Initially, this effort fell under a medical exemption. Unfortunately, Andrew made a serious error in judgment when he continued this work after the exemption had been lifted.

While Andrew believed his actions were still serving humanitarian and medical purposes, he now fully understands and regrets that this constituted a violation of U.S. sanctions. He is deeply remorseful for this mistake.

I respectfully ask the Court to consider Andrew's long-standing contributions to this country, his record of good citizenship, and the fact that his intentions, though misguided, were never malicious. He hoped to support the health and wellbeing of others.

In my opinion, incarcerating Andrew would not serve society. He is someone who has dedicated much of his life to science, family, and community—and he has much more to offer.

Respectfully yours,
Allan David Arfa
Madison, Wisconsin

August 26, 2025

August 11, 2025

The Honorable William M Conley
United States District Court
120 N Henry Street
Madison, WI 53703

Re: Andrew Pogosyan

Dear Judge Conley,

We hope this letter finds you well. Our names are Alexander Karasin and Natalia Karassina. We are writing to you regarding Andrew Pogosyan whom we have had the pleasure of knowing for more than ten years. In that time, we have come to deeply admire his character, as an intelligent and kind person. This letter is written with the utmost respect for the court and its responsibilities.

As friends, we've witnessed Andrew's dedication and compassion to his family, friends, and community, especially through his involvement in organizing annual New Year celebrations events for community kids, earning him widespread respect and appreciation.

We've seen Andrew grow remarkably and show resilience, facing life's challenges with determination. He actively seeks self-improvement by constantly educating and reflecting on himself, with a genuine commitment to bettering himself for both his own sake and those around him.

Your Honor, understanding the gravity of Andrew's current situation, it is not our intention to diminish the seriousness of the matter before the court. However, we humbly ask that you take into consideration the positive qualities that define Andrew Pogosyan.

We do not think society would benefit from sending Andrew to jail. He is not only remorseful for his actions but is also committed to making amends and contributing positively to society moving forward. We believe in his ability to learn from this experience and continue making meaningful contributions to our community. Your compassion and understanding in this matter would be greatly appreciated.

Respectfully yours,

Alexander Karasin
Natalia Karassina
2 Sandy Ct,
Madison, WI 53717

August 26th, 2025

The Honorable William M Conley
United States District Court
120 N Henry Street
Madison, WI 53703

Re: Andrew Pogosyan

Dear Judge Conley:

We have known Andrew Pogosyan for a very long time. We met him in 2004, when we moved to Madison from North Carolina. Our acquaintance gradually grew into a genuine friendship and we wouldn't have it any other way. We often spend evenings together, debate as only people who truly know and trust each other can, travel, read, discuss countless topics, and laugh.

When something extraordinary happens to us, troubles arise, a tragedy occurs or just something important happens in our lives, we know that we can always turn to Andrew at any time of the day or night, and he will put all his affairs aside, forget about fatigue and do everything to help. He is an amazingly responsive, caring, and intelligent person... We have a great many examples when Andrew helped us in critical situations. When our daughter died, Andrew was one of the closest friends who helped us survive this terrible period of life, he never left us, helped pull us out of the emotional hole we were in.

As another example, once we found ourselves together with our 9-year old grandson on the other side of the world in a very unpleasant situation when we missed our flight to Chicago. Our tickets could not be reissued to the next flight, or any flight at all. Our airline did not offer us any help... We found ourselves on the floor in an overcrowded airport, with very slow internet that constantly broke down. We called Andrew, woke him up in the middle of the night, and explained the situation. Within 20 minutes he called us back with a wonderful plan on how to get us out of there, which we successfully and gratefully used.

Andrew has helped us out countless times when less dramatic but still unpleasant things in our life have happened. On several occasions he has let us borrow his car for a long time without hesitation and lent us money when it was needed, of course, with no benefit for himself. It is simply natural for him to help when someone needs it.

We know for a fact that if someone else in our social circle was in a similar situation, Andrew would help in exactly the same way without hesitating or taking his time into account. He is a genuinely very warm-hearted and sympathetic person. Andrew has been active in helping various people in the Russian-speaking community in Madison, and we want to note that they had very diverse backgrounds, different stories of moving to the USA, coming from different countries that were once part of the Soviet Union, including many Ukranians. He also helped organize meetings with artists and musical concerts that many people in our community are still very grateful for.

We know Andrew's wife Valentina and his daughter Polina well... Andrew is a very good family man, a loving husband and a caring father. All these years that we have known him, he supports his family. Thanks to his support, Polina received an excellent education. The daughter often visits her father, and they spend a lot of time together. We also know that his wife Valentina has a daughter from her first marriage, whom Andrew raised as his own child, shared his love with and supported financially until she came of age.

We understand very well that Andrew is going through a difficult time right now. We are aware of what he is accused of, both from publications in the press and from direct conversations with him. It is clear that there was a certain violation of the then new legislature on the export of goods that fell under sanctions against the Russian Federation. This is true, and one can't argue with that. However, we would very much like to convey to the court that in our firm opinion, Andrew could never have intentionally done anything that would contribute to supporting a war. We know Andrew as a very kind, sympathetic person who has always been against the cruelty that war brings, and firmly against war and violence in general.

We have supported, still support and will support Andrew because we know him as a great person. Everyone faces challenges in life, but it is how one responds to these challenges that matters. Andrew made a mistake, and is taking responsibility for it, as the honest and moral man that we know him to be.

Andrew has told us many times in conversation about his mistake, he understands perfectly well what happened. It is clear that life goes on no matter what, but how it goes on is the question.

We believe that society will certainly not benefit from sending Andrew to prison, because it will be isolating a humane, empathetic, and responsible member of our community who unfortunately made a serious mistake.

In our opinion, society will benefit much more if Andrew is not incarcerated... Among many others in our community, our family would greatly benefit from having our friend face responsibility for his actions that allows him to remain as part of our community, rather than be isolated from society in prison. We want to say one more thing - unfortunately, Andrew has had some pretty serious heart and leg surgeries. We're worried that he just won't be able to handle all the stress of incarceration, and are generally worried for his health. We don't know if he disclosed this information before, but we think it's important to mention due to our genuine concern.

Respectfully yours,

Alexander Kvit

Julia Kvit

Alexander and Julia Kvit
7415 West Valley Ridge Drive,
Madison, WI 53719

The Honorable William M Conley
United States District Court
12 N Henry Street
Madison, WI 53708

September 3, 2025

RE: Andrew Pogosyan

Dear Judge Conley,

My acquaintance with Andrew is quite recent. He is a friend of my good friend, David Arfa. I met him for the first time at the end of April this year, when David, Andrew, and I had lunch together. We spent about two hours talking over lunch. I had lunch with Andrew and David again about a month ago, when I also met Andrew's daughter. But I spent the most time with Andrew when Andrew drove David and me down to Chicago to attend David's grandson's Bar Mitzvah. I shared four more meals with Andrew and roomed with him for two nights. I was a professor of Russian literature at the University of Wisconsin for 34 years. Andrew and I share common interests in Russian culture, literature, and history. Each night we spent about four hours just talking about Russian literature and culture. It was amazing how much how our preferences were in alignment. His favorite works of Dostoevsky and Chekhov were the same as mine. He also was very informed about contemporary Russian literature, and we watched a film together about a famous Russian emigre writer, Sergei Dovlatov, who left the Soviet Union and moved to New York. A street in New York was named after Dovlatov after his death. Andrew is a well-informed, intelligent, articulate, and compassionate person. I look forward to talking (and dining) with him more often in the future. I hope we can become good friends. I think that jail time is not the answer for Andrew. He is not a threat to anyone. The best outcome for everyone is for Andrew to do community service.

Sincerely,
Gary Rosenshield

Gary Rosenshield
1137 Erin St., Unit 203
Madison, WI 53715