# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 10/7/2025  DAY: Tuesday  START TIME: 1:01 p.m.  END TIME: 1:36 p.m.
JUDGE/MAG.: Conley  CLERK: LAM  REPORTER: JD
PROBATION OFFICER: Jessica Koch  INTERPRETER: _____  SWORN: _____
CASE NUMBER: 25-cr-52-wmc-1  CASE NAME: USA v. Andrew Pogosyan

**APPEARANCES:**
AUSA: Chadwick Elgersma  DEFENDANT ATTY.: William Coffield, IV

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
TOTAL OFFENSE LEVEL: 21  CRIMINAL HISTORY CATEGORY: I
ADVISORY GUIDELINE IMPRISONMENT RANGE: 37 to 46 MONTHS.

**SENTENCE:**
COUNT(S) 1-4 (below): ☐ INDICTMENT  ☒ INFORMATION
CBOP  CT. ___; ___ MOS.; ___ YRS. S/R; $___ CA; $___ REST.; $___ FINE.
      CT. ___; ___ MOS.; ___ YRS. S/R; $___ CA; $___ REST.; $___ FINE.
☒ VOLUNTARY SURRENDER: 11/13/2025 between 12:00 p.m. and 2:00 p.m.;
☐ RELEASE CONDITIONS CONTINUED.
☐ DETAINED.

**ACTIONS:**
☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☐ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

**NOTES:**
Counts 1-4: 12 months 1 day CBOP (to run concurrently on each count); 1 year SR (to run concurrently on each count); $400 CA; $10,000 fine.

TOTAL COURT TIME: :35